COOLEY LLP
JOHN HEMANN (165823) (jhemann@cooley.com)
WALKER NEWELL (282357) (wnewell@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180) (ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MANISH LACHWANI,<br><br>Defendant. | Case No. 3:21-cv-06554-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER COMMENCING NON-PARTY DISCOVERY** |

In accordance with Federal Rules of Civil Procedure 26 and 45, and Local Rule 7-12, Plaintiff Securities & Exchange Commission ("Plaintiff") and Defendant Manish Lachwani ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel, jointly make this stipulated request (the "Stipulation").

WHEREAS, Plaintiff commenced the above-captioned action by filing the Complaint on August 25, 2021;

WHEREAS, on September 9, 2021, this case was reassigned to the Honorable Charles R. Breyer, pursuant to the Court's Order Relating Cases (Dkt. Nos. 13, 14);

WHEREAS, Defendant wishes to begin the process of issuing subpoenas under Federal Rule of Civil Procedure 45 to non-parties for production of documents prior to the Conference of the Parties pursuant to Federal Rule of Civil Procedure 26(f);

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
COMMENCING NON-PARTY DISCOVERY
3:21-CV-06554-CRB

WHEREAS, Defendant believes there is good cause for the expedited discovery, specifically to begin seeking discovery from non-parties who Defendant has reason to believe have custody of significant evidence critical to this litigation; and

WHEREAS, Plaintiff does not oppose Defendant's request to expedite discovery as stipulated.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that pursuant to Federal Rule of Civil Procedure 26(d)(1), the Parties may immediately begin issuing discovery requests for production of documents under Federal Rule of Civil Procedure 45 to non-parties, notwithstanding that the Parties have not yet "conferred as required by Rule 26(f)."[1] This Stipulation does not in any way affect the deadlines otherwise applicable to discovery exchanged between the Parties, as established by the Federal Rules of Civil Procedure and orders of this Court.

**IT IS SO STIPULATED.**

Dated: September 21, 2021

SECURITIES AND EXCHANGE COMMISSION

By:  */s/ Erin E. Wilk*
Erin E. Wilk
Attorneys for Plaintiff

Dated: September 21, 2021

COOLEY LLP

By:  */s/ John H. Hemann*
John H. Hemann
Attorneys for Defendant

---

[1] FED. R. CIV. PRO. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), *except* in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or *when authorized* by these rules, *by stipulation*, or by court order.") (emphasis added).

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED] ORDER
COMMENCING NON-PARTY DISCOVERY
3:21-CV-06554-CRB

1

**[PROPOSED] ORDER**

2

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Parties are hereby authorized to

4    begin seeking document discovery from non-parties pursuant to Federal Rule of Civil Procedure

5    45.

6

7    DATED:  September 22, 2021

          _____
8         THE HONORABLE CHARLES R. BREYER
          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION AND [PROPOSED] ORDER
COMMENCING NON-PARTY DISCOVERY
3:21-CV-06554-CRB