COOLEY LLP
JOHN HEMANN (165823) (jhemann@cooley.com)
WALKER NEWELL (282357) (wnewell@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180) (ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>     v.<br><br>MANISH LACHWANI,<br><br>                Defendant. | Case No. 3:21-cv-06554-CRB<br><br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

In accordance with Federal Rules of Civil Procedure 6 and 12, and Local Rule 6-1(a),

Plaintiff Securities & Exchange Commission ("Plaintiff") and Defendant Manish Lachwani

("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel, jointly

stipulate as follows (the "Stipulation").

WHEREAS, Plaintiff commenced the above-captioned action by filing the Complaint on

August 25, 2021;

WHEREAS, on or about August 25, 2021, Plaintiff served on counsel for Defendant

notice of this lawsuit and a request to waive service of a summons;

WHEREAS, on or about September 9, 2021, counsel for Defendant executed and returned

the requested waivers of service of summons;

WHEREAS, on September 9, 2021, this case was reassigned to the Honorable Charles R. Breyer, pursuant to the Court's Order Relating Cases (Dkt. Nos. 13, 14);

WHEREAS, as a result of Defendants' waiver of service of process and pursuant to Federal Rule of Civil Procedure 12, Defendant currently must respond to the Complaint by October 25, 2021;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by order of this Court; and

WHEREAS, the Parties have met and conferred, and hereby agree to extend the time for Defendant to respond to the Complaint by thirty-nine (39) days.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that pursuant to Federal Rule of Civil Procedure 12, Defendant must respond to the Complaint on or before December 3, 2021.

**IT IS SO STIPULATED.**

Dated: October 22, 2021

SECURITIES AND EXCHANGE COMMISSION

By:  __/s/ David Zhou_____
David Zhou
Attorneys for Plaintiff

Dated: October 22, 2021

COOLEY LLP

By:  __/s/ John H. Hemann_____
John H. Hemann
Attorneys for Defendant

1

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2

    I, John H. Hemann, attest that concurrence in the filing of the foregoing document has

3

been obtained from the other signatory.

4

    Executed on October 22, 2021, in San Francisco, California.

5

6

7

                                  */s/ John H. Hemann*
8                                  John H. Hemann

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28