COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
WALKER NEWELL (282357)
(wnewell@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELEANOR W. BARCZAK (329180)
(ebarczak@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

CLARENCE DYER & COHEN LLP
NANCI L. CLARENCE (122286)
(nclarence@clarencedyer.com)
JOSH A. COHEN (217853)
(jcohen@clarencedyer.com)
899 Ellis Street
San Francisco, California 94109
Telephone:   +1 415 749 1800
Facsimile:    +1 415 749 1694

Attorneys for Defendant
MANISH LACHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANISH LACHWANI,<br><br>　　　　　Defendant. | Case No. 3:21-CV-06554-CRB<br><br>**ANSWER TO COMPLAINT** |

　　　　The Complaint filed by Plaintiff Securities and Exchange Commission ("SEC" or "Plaintiff") concerns subject matter that is the focus of an indictment filed by the Department of Justice in the Northern District of California. Accordingly, on the advice of counsel, Defendant

Manish Lachwani ("Lachwani" or "Defendant") answers the Complaint as follows:

1. Answering Paragraph 1, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

2. Answering Paragraph 2, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

3. Answering Paragraph 3, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

4. Answering Paragraph 4, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

5. Answering Paragraph 5, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

6. Answering Paragraph 6, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

7. Paragraph 7 states the SEC's characterization of its claims and the relief it requests from the Court, to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

8. Paragraph 8 states legal conclusions or argument to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

9. Paragraph 9 states legal conclusions or argument to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

10. Paragraph 10 states legal conclusions or argument to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

11. Paragraph 11 states legal conclusions or argument to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under

the Fifth Amendment to the United States Constitution not to be a witness against himself.

12.   Paragraph 12 states legal conclusions or argument to which no response is required.  To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

13.   Answering Paragraph 13, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

14.   Answering Paragraph 14, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

15.   Answering Paragraph 15, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

16.   Answering Paragraph 16, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

17.   Answering Paragraph 17, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

18.   Answering Paragraph 18, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

19.   Answering Paragraph 19, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

20.   Answering Paragraph 20, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

21.   Answering Paragraph 21, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

22.   Answering Paragraph 22, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

23.   Answering Paragraph 23, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

24.   Answering Paragraph 24, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

25. Answering Paragraph 25, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

26. Answering Paragraph 26, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

27. Answering Paragraph 27, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

28. Answering Paragraph 28, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

29. Answering Paragraph 29, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

30. Answering Paragraph 30, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

31. Answering Paragraph 31, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

32. Answering Paragraph 32, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

33. Answering Paragraph 33, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

34. Answering Paragraph 34, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

35. Answering Paragraph 35, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

36. Answering Paragraph 36, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

37. Answering Paragraph 37, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

38. Answering Paragraph 38, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

39. Answering Paragraph 39, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

40. Answering Paragraph 40, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

41. Answering Paragraph 41, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

**FIRST CLAIM FOR RELIEF**

(Violations of Section 10(b) of the Exchange Act and Rule 10b-5)

42. Answering Paragraph 42, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

43. Paragraph 43 states legal conclusions or argument to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

44. Paragraph 44 states legal conclusions or argument to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

**SECOND CLAIM FOR RELIEF**

(Violations of Section 17(a) of the Securities Act)

45. Answering Paragraph 45, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

46. Paragraph 46 states legal conclusions or argument to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

47. Paragraph 47 states legal conclusions or argument to which no response is required. To the extent a response is required, Lachwani asserts his constitutional privilege under the Fifth Amendment to the United States Constitution not to be a witness against himself.

## AFFIRMATIVE DEFENSES

Defendant reserves all affirmative defenses available under federal law and any applicable state law.

## PRAYER FOR RELIEF

Defendant prays that Plaintiff's claims be dismissed with prejudice; that Plaintiff take nothing by this action; that judgment be entered in Defendant's favor; and that the Court award Defendant such other relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial on all the issues so triable.

Dated: December 3, 2021

COOLEY LLP

By: /s/John H. Hemann
   John Hemann
   Walker Newell
   Max A. Bernstein
   Eleanor W. Barczak

CLARENCE DYER & COHEN LLP
   Nanci L. Clarence
   Josh A. Cohen

Attorneys for Defendant
MANISH LACHWANI

260405302