| | |
|---|---|
| 1 | COOLEY LLP |
|   | JOHN HEMANN (165823) |
| 2 | (jhemann@cooley.com) |
|   | WALKER NEWELL (282357) |
| 3 | (wnewell@cooley.com) |
|   | MAX A. BERNSTEIN (305722) |
| 4 | (mbernstein@cooley.com) |
|   | ELEANOR W. BARCZAK (329180) |
| 5 | (ebarczak@cooley.com) |
|   | 3 Embarcadero Center, 20th Floor |
| 6 | San Francisco, California 94111-4004 |
|   | Telephone:    +1 415 693 2000 |
| 7 | Facsimile:     +1 415 693 2222 |
| 8 | CLARENCE DYER & COHEN LLP |
|   | NANCI L. CLARENCE (122286) |
| 9 | (nclarence@clarencedyer.com) |
|   | JOSH A. COHEN (217853) |
| 10 | (jcohen@clarencedyer.com) |
|    | 899 Ellis Street |
| 11 | San Francisco, California 94109 |
|    | Telephone:    +1 415 749 1800 |
| 12 | Facsimile:     +1 415 749 1694 |
| 13 | Attorneys for Defendant |
|    | MANISH LACHWANI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:21-CV-06554-CRB |
| Plaintiff, | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIVIL L.R. 3-15** |
| v. | |
| MANISH LACHWANI, | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 3, 2021                                COOLEY LLP


By: */s/ John Hemann*
    John Hemann
    Walker Newell
    Max A. Bernstein
    Eleanor W. Barczak


CLARENCE DYER & COHEN LLP
    Nanci L. Clarence
    Josh A. Cohen

Attorneys for Defendant
MANISH LACHWANI

260488860

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEF. MANISH LACHWANI'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 3:21-CV-06554-CRB