```
1  MONIQUE C. WINKLER (Cal. Bar No. 213031)
   MARC D. KATZ (Cal. Bar No. 189534) (katzma@sec.gov)
2  DAVID ZHOU (NY Bar No. 4926523) (zhoud@sec.gov)
   ERIN E. WILK (Cal. Bar No. 310214) (wilke@sec.gov)
3
```

**Attorneys for Plaintiff**
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

JOHN HEMANN (Cal. Bar No. 165823) (jhemann@cooley.com)
MAX A. BERNSTEIN (Cal. Bar No. 305722) (mbernstein@cooley.com)
ELEANOR W. BARCZAK (Cal. Bar No. 329180) (ebarczak@cooley.com)

**Attorneys for Defendant**
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MANISH LACHWANI,<br><br>Defendant. | Case No. 3:21-cv-06554 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PROVIDING FOR ADDITIONAL FACT DISCOVERY PERIOD AFTER CRIMINAL TRIAL AND ADJOURNING OTHER DEADLINES** |

Pursuant to Civil Local Rule 6-2(a), the parties hereby submit a joint stipulated request for an order modifying the current case schedule by (1) providing for an additional three-month fact discovery period following either the jury's issuance of a verdict in the trial of the related criminal case *United States v. Lachwani*, No. 3:21-cr-353 (CRB), or a case dispositive order issued by the

Court, whichever is earlier, and (2) adjourning the other deadlines that follow the end of fact discovery. In support of this stipulation, the parties state as follows:

1. On August 25, 2021, Plaintiff Securities and Exchange Commission ("SEC") filed its complaint against Defendant Manish Lachwani. (Dkt No. 1.)

2. On September 22, 2021, the Court issued a Stipulation and Order commencing non-party fact discovery. (Dkt. No. 18.)

3. On December 3, 2021, Defendant filed his answer. (Dkt. No. 22.)

4. On January 6, 2022, the Court issued a case management scheduling Order that, among other things, set the fact discovery cutoff as December 9, 2022. (Dkt. No. 27 at 5.)

5. The Court's Order dated January 6, 2022 also set the following additional deadlines (referred to herein as the "Additional Deadlines"):

| Event | Date or Deadline | Number of Days After the Preceding Deadline |
|---|---|---|
| Initial Expert Reports and Disclosures | January 9, 2023 | 31 days after the fact discovery cutoff |
| Rebuttal Expert Reports | January 30, 2023 | 21 days after the initial expert reports |
| Expert Discovery Cutoff | March 7, 2023 | 36 days after the rebuttal expert reports |
| Last Day to Hear Dispositive Motions | May 26, 2023 | 80 days after the expert discovery cutoff |

(Dkt. No. 27 at 5.)

6. On October 6, 2022, the Court issued a Stipulation and Amended Order in *United States v. Lachwani* that, among other things, set a jury trial to begin on May 15, 2023 (referred to herein as the "Criminal Trial"). (*United States v. Lachwani*, Dkt. No. 70.)

7. In view of the foregoing, the parties jointly request that the Court modify the scheduling Order in this case to allow for an additional three-month fact discovery period following the jury's issuance of a verdict in the Criminal Trial.

8. In addition, the parties jointly request that the Court adjourn the Additional Deadlines until after the Criminal Trial. Within three weeks after the jury's issuance of a verdict

in the Criminal Trial, the parties will submit a stipulation and proposed order to the Court proposing new dates for each of the Additional Deadlines. The proposed new dates for the Additional Deadlines will follow the same timeline as the current schedule (as set forth in the third column of the table in paragraph 5, *supra*) and will provide for the same length of time between deadlines.

9. The parties have met and conferred regarding the proposed schedule and modification of case events set forth in this Joint Stipulated Request, and the parties agree the proposed schedule and modifications are appropriate and consistent with the Federal Rules given the factual and legal issues involved in this matter, and given the upcoming Criminal Trial.

NOW THEREFORE, the parties respectfully request that the Court modify the case schedule as follows:

(A) Following the jury's issuance of a verdict in the Criminal Trial or a case dispositive order issued by the Court, whichever is earlier, there will be an additional fact discovery period of three months.

(B) The Additional Deadlines are adjourned until after the Criminal Trial.

(C) Within three weeks following the jury's issuance of a verdict in the Criminal Trial or a case dispositive order issued by the Court, whichever is earlier, the parties will submit a joint stipulation and proposed order setting forth the end date of the three-month fact discovery period and the new proposed dates for each of the Additional Deadlines. The proposed new dates for the Additional Deadlines will follow the same timeline as the current schedule (as set forth in the third column of the table in paragraph 5, *supra*) and will provide for the same length of time between deadlines.

JOINT STIP. AND [PROPOSED] ORDER
PROVIDING ADDITIONAL FACT DISCOVERY
AND ADJOURNING OTHER DEADLINES

3

SEC v. LACHWANI
CASE NO. 3:21-CV-06554 CRB

Dated: October 28, 2022              Respectfully submitted,

*/s/ David Zhou*
Marc D. Katz
David Zhou
Erin E. Wilk
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: October 28, 2022              By:   */s/ John H. Hemann*
John H. Hemann
Attorney for Defendant
COOLEY LLP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

The Honorable Charles R. Breyer
United States District Judge